UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

AL-FARID SALAHUDDIN,                                    Docket No. 20-cv-07021 (PMH)

                              Plaintiff,

        -against-

CITY OF MT. VERNON, N.Y. FIRE                    **NOTICE OF MOTION**
DEPARTMENT and CITY OF MOUNT VERNON,            **TO DISMISS**
NEW YORK,

                              Defendants.

---------------------------------------------------------------------------X

        PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of

Defendant's Motion to Dismiss, dated May 10, 2021, Defendant moves this Court, before the

Honorable Philip M. Halpern, at the United States Courthouse, 300 Quarropas Street, White Plains,

New York, for an Order dismissing Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure

12(b)(1) and 12(b)(6).

Dated: White Plains, New York
       May 10, 2021

                                        OXMAN LAW GROUP, PLLC
                                        *Attorneys for Defendant City of Mount Vernon*

                                        By: *Julie Pechersky Plitt*
                                              JULIE PECHERSKY PLITT, ESQ.
                                        120 Bloomindale Road, Suite 100
                                        White Plains, New York 10605
                                        (914) 422-3900
                                        (914) 422-3636 (Fax)
                                        jpli

TO:    Gould & Berg, LLP
       *Attorneys for Plaintiff*
       222 Bloomingdale Road, Suite 304
       White Plains, New York 10605

Motion denied as moot in light of plaintiff's filing of an amended complaint and defendants' election to file a new motion to dismiss directed at the amended pleading (Doc. 36). The Clerk of Court is respectfully directing to terminate the first motion to dismiss (Doc. 36).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        July 20, 2021